IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMILAH BAILEY,

    Plaintiff,  No. C 14-04357 JSW

  v.

AETNA LIFE INSURANCE CO,  **ORDER VACATING HEARING**

    Defendant.
                                       /

     Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, December 5, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: December 2, 2014

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE