**Creitz & Serebin** LLP

Joseph A. Creitz, CBN 169552
joe@creitzserebin.com
Lisa S. Serebin, CBN 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff Kamilah Bailey

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KAMILAH BAILEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: C 14-04357 JSW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER**<br>**Fed.R.Civ.P. 41(a)(1)(A)(ii)** |

*BAILEY v. AETNA, et al.*, C 14-04357 JSW
JOINT STIPULATION OF DISMISSAL AND ORDER                                         1

1  The parties to the above-captioned litigation, by and through their
2  respective counsel of record, hereby stipulate as follows:
3  WHEREAS, the parties have reached a confidential agreement to
4  settle Plaintiffs' claims against Defendants that resolves the above-
5  captioned matter;
6  NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
7  Plaintiff Kamilah Bailey and Defendants Aetna Life Insurance Company
8  and the FedEx Kinko's Office and Print Services, Inc. Group Long-Term
9  Disability Benefits Plan hereby jointly stipulate to the dismissal of this
10 action, with prejudice. Each party is to bear its own respective costs and
11 attorneys' fees associated with the action. The parties request that this
12 Court retain jurisdiction for the limited purpose of enforcing the Settlement
13 Agreement made between the parties, if necessary.
14 **IT IS SO STIPULATED.**
15 In accordance with N.D. Cal. Local Rule 5-1, the filer of this
16 document hereby attests that the concurrence to the filing of this document
17 has been obtained from the other signatories hereto.

DATED this 29th day of May, 2015.

Creitz & Serebin LLP

By  /s/ Lisa S. Serebin
Joseph A. Creitz
Lisa S. Serebin
Attorneys for Plaintiff Kamilah Bailey

*BAILEY v. AETNA, et al.*, C 14-04357 JSW
JOINT STIPULATION OF DISMISSAL AND ORDER                                    2

DATED this 29th day of May, 2015.

        GORDON & REES LLP

        By /s/ Jordan S. Altura
        Jordan S. Altura
        Attorneys for Defendants Aetna Life
        Insurance Company and FedEx Kinko's
        Office and Print Services, Inc. Long-
        Term Disability Benefits Plan

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated this __2nd__ day of __June__, 2015.

        /s/ Jeffrey S. White
        Hon. Jeffrey S. White
        U. S. District Court Judge

*BAILEY v. AETNA, et al.*, C 14-04357 JSW
JOINT STIPULATION OF DISMISSAL AND ORDER    3